**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK HOUSTON,** | : | |
| **Petitioner** | : | **No. 1:23-cv-01483** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **WARDEN F. GARZA,** | : | |
| **Respondent** | : | |

## <u>ORDER</u>

**AND NOW**, on this 24th day of February 2026, after considering pro se Petitioner

Derrick Houston ("Houston")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241

(Doc. No. 1), Houston's memorandum of law in support of his petition (Doc. No. 2), and

Respondent F. Garza's response in opposition to Houston's Section 2241 petition (Doc. No. 13),

and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Houston's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania